UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION** | Case No. 2:18-md-2846<br><br>Judge Edmund A. Sargus, Jr.<br>Magistrate Judge Kimberly A. Jolson |
| **This document relates to:**<br>*Ketchens v. Davol, Inc. et al.*<br>Case No. 2:19-cv-185 | |

### ORDER

On April 26, 2018, Plaintiff William Ketchens, along with Patricia Parks, filed a complaint in the Southern District of Florida (Case No. 18-cv-909, ECF No. 1), which was transferred to this MDL on August 21, 2018 (Case No. 18-cv-909, ECF No. 11).  In the complaint, Plaintiff asserts several claims based on alleged injuries caused by a Composix Kugel hernia mesh patch, a product manufactured by Defendants.  (Case No. 18-cv-909, ECF No. 1.)  On January 18, 2019, through different counsel, Plaintiff filed a complaint directly in this MDL, also alleging injuries caused by the Composix Kugel.  (ECF No. 1.)  On May 25, 2022, Defendants filed a motion to dismiss the instant action as duplicative of Case No. 18-cv-909.  (ECF No. 4.)  Plaintiff did not file a response, and the Court will therefore treat the motion as unopposed.  Accordingly, Defendants' motion (ECF No. 4) is **GRANTED** and this case is **DISMISSED**.

**IT IS SO ORDERED.**


**3/2/2023**  
**DATE**

**s/Edmund A. Sargus, Jr.**  
**EDMUND A. SARGUS, JR.**  
**UNITED STATES DISTRICT JUDGE**